IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE SPIRO,                                No. 2:05-cv-2038-MCE-JFM-PS

       Plaintiff,

   v.                                      ORDER

MARIAN R. OTA, in his capacity as Appeals Team Manager, Internal Revenue Service,

       Defendants.
_____/

    Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On February 24, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any Objections to the Rindings and Recommendations were to be filed within ten (10) days.  No Objections to the Findings and Recommendations have been filed.

1

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed February 24, 2006, are adopted in full.

2.  The United States' December 28, 2005 Motion to Dismiss is granted

3.  This action is dismissed.

DATED: March 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2